**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| DAVID PARSONS, | ) Case No.: 2:15-cv-11446 |
|       Plaintiff, | ) |
| v. | ) |
| GC SERVICES LIMITED PARTNERSHIP, | ) |
|       Defendant. | ) |

**STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT GC SERVICES LIMITED PARTNERSHIP**

COMES NOW Plaintiff David Parsons ("Plaintiff") and Defendant GC Services Limited Partnership ("GC Services") (collectively GC Services, with the Plaintiff, are the "Parties"), by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), file this *Stipulation for Final Order of Dismissal with Prejudice*. By submission of this Stipulation for Final Order of Dismissal with Prejudice, the submitting party represents that all parties consent to its entry. Pursuant to this stipulation, the Parties stipulate and agree to entry of the Agreed Final Order of Dismissal with Prejudice by which:

1. An agreement for a stipulated dismissal with prejudice has been reached between the Parties in the matter styled *David Parsons v. GC Services Limited Partnership* (Civ. Action No. 2:15-cv-11446 (E.D.Mich.).

2. All of Plaintiff's claims and causes of action are being dismissed, on the merits, with prejudice as to GC Services.

3. This stipulation and dismissal completely terminates the above-captioned matter against all Parties. Each Party will bear its/her own attorneys' fees, costs and expenses.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, on this 3rd day of September, 2015, by and between Plaintiff David Parsons and Defendant GC Services Limited Partnership that pursuant to Fed. R. Civ. P. 41, this action be dismissed, on the merits, with prejudice, that Plaintiff dismisses his claims against Defendant GC Services Limited Partnership, with each party to bear his or its own attorney's fees, costs and expenses incurred.

*/s/ Ryan Lee*
Ryan Lee
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 241
Fax: (866) 861-1390
Attorney for Plaintiff
rlee@consumerlawcenter.com
*Attorney for Plaintiff David Parsons*

*/s/ Carlos A. Ortiz*
Carlos A. Ortiz
cortiz@hinshawlaw.com
Hinshaw & Culbertson, LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: (312) 704-3000
Facsimile: (312) 704-3001
*Attorney for Defendant*
*GC Services Limited Partnership*

# **ORDER**

Based on the stipulation of the Parties, and good cause appearing therefore,

IT IS ORDERED that this action be, and hereby is, DISMISSED, ON THE MERITS, WITH PREJUDICE, each side to bear its own costs, expenses and attorneys' fees.

.

SO ORDERED:

DATE: September 10, 2015          s/George Caram Steeh
                                  GEORGE CARAM STEEH
                                  UNITED STATES DISTRICT JUDGE